# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIA MCMILLIN, AN INDIVIDUAL,
Appellant,
vs.
ROBERT THOMPSON, INDIVIDUALLY
AND AS FRANCHISEE; AND TYRON
HENDERSON, INDIVIDUALLY,
Respondents.

No. 84015

**FILED**

JAN 2 5 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on January 4, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 7 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Bita Yeager, District Judge
    Mainor Wirth
    Morris Law Center
    Hall Jaffe & Clayton, LLP
    Eighth District Court Clerk